IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DELIA GONZALEZ, MARIA INEZ ZEPEDA AND A.B.G., A MINOR CHILD, THROUGH HER NEXT FRIEND, CLAUDIA URANGA<br>*Plaintiffs*, | §<br>§<br>§<br>§<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 3:15-CV-0302 |
| GENERAL MOTORS LLC<br>*Defendant*. | §<br>§<br>§ | |

## GENERAL MOTORS LLC'S UNOPPOSED MOTION TO RESET THE TRIAL DATE BECAUSE OF A PRIOR CONFLICTING SETTING

TO UNITED STATES DISTRICT JUDGE DAVID C. GUADERRAMA:

Comes now GENERAL MOTORS LLC ("GM"), defendant in the above-styled and numbered cause, and files this Motion to Reset the Trial Date Because of a Prior Conflicting Setting. GM respectfully asks the Court to reset the current January 9, 2017 trial setting because GM's counsel is already specially set for trial on that date in another matter. In support of this motion, GM shows the Court as follows:

### I.
### GM'S COUNSEL HAS A CONFLICTING TRIAL SETTING

On February 5, 2016 this Court entered a Scheduling Order, attached as Exhibit A, setting this matter for trial on January 9, 2017 at 9:00 a.m. Lead counsel for GM, David M. Prichad, is currently preferentially set for trial on January 9, 2017 in Cause No. 2015-CI-04698, *Stanley Patton v. Emma Geyer, Ethicon, Inc., et al*; 438th Judicial District Court of Bexar County, Texas. A copy of the Docket Control Order in that case is attached as Exhibit B. In accordance with paragraph 15 of the Court's Scheduling Order, GM timely files this motion and

1

requests that the trial date of this matter be re-set to January 30, 2017 or to a later date. This request is not filed to delay matters, but because of a legitimate scheduling trial conflict.

## II.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant GENERAL MOTORS LLC respectfully requests that the Court grant this motion and resets this case for trial on January 30, 2017 or later.

Respectfully submitted,

David M. Prichard
Texas State Bar No. 16317900
Direct Line: (210) 477-7401
E-mail: dprichard@phy-law.com
Attorney in Charge

Daniela Gonzáles Aldape
Texas State Bar No. 24036651
Direct Line: (210) 477-7408
E-mail: daldape@phy-law.com
PRICHARD HAWKINS & YOUNG, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216
(210) 477-7400 – Telephone
(210) 477-7450 – Facsimile
**ATTORNEYS FOR DEFENDANT
GENERAL MOTORS LLC**

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with opposing counsel concerning this motion. Counsel for plaintiffs is unopposed to this motion.

David M. Prichard

147771

# CERTIFICATE OF SERVICE

I certify that on the 1[th] day of **February 2016**, I submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case files system of the Court. I hereby certify that I have served all counsel of record in the manner authorized by Federal Rule of Civil Procedure 5(b)(2):

E. Todd Tracy
Steward D. Matthews
Andrew G. Counts
THE TRACY FIRM
4701 Bengal Street
Dallas, TX 75235
*Attorneys for Plaintiffs*

_David M. Prichard_
David M. Prichard

147771