IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| DELIA GONZALES, MARIA INEZ ZEPEDA AND A.B.G., A MINOR CHILD, THROUGH HER NEXT FRIEND, CLAUDIA URANGA<br>*Plaintiffs,*<br><br>vs.<br><br>GENERAL MOTORS LLC<br>*Defendant.* | CIVIL ACTION NO. 3:15-CV-0302 |

## JOINT ADR REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Local Rule CV-88 of the United States District Court for the Western District of Texas and the Court's Scheduling Order, the Parties jointly file their Alternate Dispute Resolution Report. All parties respectfully show this Honorable Court as follows:

**I.  STATUS OF SETTLEMENT NEGOTIATIONS**
No settlement discussions have taken place. In accordance with the Court's Scheduling Order, Plaintiffs will submit a written offer of settlement to Defendant by March 7, 2016. Defendant will respond to Plaintiffs' offer by March 21, 2016.

**II.  INDIVIDUALS RESPONSIBLE FOR SETTLEMENT NEGOTIATIONS**

**Plaintiffs:**
E. Todd Tracy
Andrew Counts
THE TRACY FIRM
4701 Bengal
Dallas, Texas 75235

**Defendant General Motors LLC:**
David M. Prichard
Daniela Gonzáles Aldape
PRICHARD HAWKINS & YOUNG
10101 Reunion Place, Suite 600
San Antonio, Texas 78216

### III. MEDIATION

The parties have concluded that ADR is appropriate in this case and that mediation is the appropriate method of ADR. The Parties anticipate mediation will occur on or before August 1, 2016.

### IV. ADR PROCEDURES

Counsel for Plaintiffs informed his clients of the ADR procedures that are available in the Western District of Texas. Counsel for Defendant informed its client of the ADR procedures that are available in the Western District of Texas. Mediation was selected as the appropriate ADR method.

### V. NEUTRAL MEDIATOR

The Parties agree to confer on the location for mediation and, once that is decided, will work together to select a mutually agreeable mediator. The Parties agree that the mediator will be compensated for his time and expenses. The Parties will equally divide and pay the fees associated with mediation.

Respectfully submitted,

*/s/ Daniela Gonzáles Aldape*
David M. Prichard
State Bar No. 16317900
Email: dprichard@phy-law.com
*Attorney-in-Charge*
Daniela Gonzáles Aldape
State Bar No. 24036651
Email: daldape@phy-law.com
PRICHARD HAWKINS & YOUNG, LLP
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7400 – Telephone
(210) 477-7450 – Telecopier
**ATTORNEYS FOR DEFENDANT
GENERAL MOTORS LLC**

*/s/ Andrew Counts*
E. Todd Tracy
State Bar No. 20178650
Email: etoddtracy@vehiclesafetyfirm.com
Stewart Matthews
State Bar No. 24039042
Email: smatthews@vehiclesafetyfirm.com
Andrew Counts
State Bar No. 24036408
Email: acounts@vehiclesafetyfirm.com
THE TRACY FIRM
4701 Bengal
Dallas, TX 75235
Telephone: (214) 324-9000
Fax: (972) 387-2205
**ATTORNEYS FOR PLAINTIFFS**